# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00188-CV

**Gregory A. Littlefield, Appellant**

**v.**

**Nancy G. Littlefield, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-FM-11-003960, HONORABLE GUS J. STRAUSS JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Gregory A. Littlefield has filed a docketing statement, attaching a copy of his bankruptcy petition (United States Bankruptcy Court, N.D. Texas, case number 13-40227-rfn11). Accordingly, the appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. During the stay, all deadlines and processes in this Court are suspended. *See* Tex. R. App. P. 8.2. Upon reinstatement, time lines will begin to run anew from the date of reinstatement. *See id.*

Any party may file a motion to reinstate the appeal upon the occurrence of an event that would allow the appeal to proceed. *See* Tex. R. App. P. 8.3. Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding will result in the dismissal of the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Stayed in Bankruptcy

Filed: May 7, 2013